**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-4621

UNITED STATES OF AMERICA,

Plaintiff – Appellant,

v.

ALEX KAI TICK CHIN,

Defendant – Appellee.

Appeal from the United States District Court for the Southern District of West Virginia, at Huntington.  Robert C. Chambers, District Judge.  (3:22–cr–00087–1)

Submitted:  March 29, 2024                                    Decided:  May 30, 2024

Before WYNN, RICHARDSON, and RUSHING, Circuit Judges.

Vacated and remanded by unpublished per curiam opinion.

**ON BRIEF:**  William S. Thompson, United States Attorney, Jennifer Rada Herrald, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellant.  Sebastian M. Joy, JOY LAW OFFICE, Catlettsburg, Kentucky, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Defendant Alex Kai Tick Chin has been charged with various sex offenses pursuant to a three-count second superseding indictment. In this interlocutory appeal, the government challenges the district court's decision, pursuant to Federal Rule of Evidence 414, to preclude it from introducing evidence of Chin's previous conviction for possession of child pornography. *See United States v. Chin*, No. CR 3:22-00087, 2023 WL 6446201, at *4 (S.D.W. Va. Sept. 29, 2023). We have jurisdiction under 18 U.S.C. § 3731.

We vacate and remand the district court's order for further consideration in light of our recent decision in *United States v. Hoover*, 95 F.4th 763, 772 (4th Cir. 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*VACATED AND REMANDED*